USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/22/2024

# ALLEN & OVERY

**VIA ECF**

The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Allen & Overy LLP
1221 Avenue of the Americas
New York, NY 10020

Tel         +1 212 610 6300
Fax         +1 212 610 6399
Direct line +1 212 610 6369
eugene.ingoglia@allenovery.com

February 22, 2024

**Re: United States v. Daivon Morgan, et al., S6 21 Cr. 570 (MKV)**

Dear Judge Vyskocil:

　　We represent Daivon Morgan in the above-captioned matter and write to request a brief extension of time for Mr. Morgan to submit any objections to the draft Pre-Sentence Investigation Report ("PSR"). The parties' objections to the draft PSR are currently due on Friday, February 23, 2024 (ECF No. 246).

　　We respectfully request that the Court grant a two-week extension of time, until Friday, March 8, 2024, for Mr. Morgan to have sufficient time at the Metropolitan Detention Center to carefully review and submit any objections to the draft PSR. AUSA Courtney Heavey and USPO Simone Belgrave do not object to this request. In addition, we request that the Court also grant an extension of time for the second PSR disclosure by the U.S. Pretrial Office, which is currently due on March 8, 2024, to March 18, 2024.

Allen & Overy LLP is a limited liability partnership registered in England and Wales with registered number OC306763. It is authorized and regulated by the Solicitors Regulation Authority of England and Wales (SRA number 401323). Allen & Overy LLP is a multi-jurisdictional law firm with lawyers admitted to practice in a variety of jurisdictions. A list of the members of Allen & Overy LLP and their professional qualifications is open to inspection at its registered office, One Bishops Square, London, E1 6AD and at the above address. The term partner is used to refer to a member of Allen & Overy LLP or an employee or consultant with equivalent standing and qualifications.

Allen & Overy LLP or an affiliated undertaking has an office in each of: Abu Dhabi, Amsterdam, Antwerp, Bangkok, Beijing, Belfast, Boston, Bratislava, Brussels, Budapest, Casablanca, Dubai, Dublin, Düsseldorf, Frankfurt, Hamburg, Hanoi, Ho Chi Minh City, Hong Kong, Istanbul, Jakarta (associated office), Johannesburg, London, Los Angeles, Luxembourg, Madrid, Milan, Munich, New York, Paris, Perth, Prague, Rome, San Francisco, São Paulo, Seoul, Shanghai, Silicon Valley, Singapore, Sydney, Tokyo, Warsaw, Washington, D.C.

Respectfully submitted,

ALLEN & OVERY LLP

By: /s/ Eugene Ingoglia
Eugene Ingoglia
1221 Avenue of the Americas
New York, New York 10020
(212) 610-6300
eugene.ingoglia@allenovery.com

*Attorney for Defendant Daivon Morgan*

CC:
    AUSA Courtney Heavey (courtney.heavey@usdoj.gov)
    USPO Simone B. Belgrave (simone_belgrave@nysp.uscourts.gov)

**Granted. SO ORDERED.**

Date: 2/22/2024
New York, New York

Mary Kay Vyskocil
United States District Judge

2