```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/1/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

XAVIER ARAU, HENRY JONES, CASSIUS MILLER, ELIJAH PERKINS, JAMIE WILKINS, DAIVON MORGAN, ROBERTO ESPINOSA, AMIER WILSON, DAVION TRUSTY, and JUAN REYES

Defendants.

1:21-cr-00570-MKV

**ADJOURNMENT ORDER**

MARY KAY VYSKOCIL, United States District Judge:

IT IS HEREBY ORDERED that the sentencing of Defendant Daivon Morgan, previously scheduled for April 23, 2024 at 11:00 AM, is adjourned to June 27, 2024 at 2:00 PM. The Clerk of Court respectfully is requested to terminate the letter motion pending at docket entry 267.

**SO ORDERED.**

**Date: April 1, 2024**
**New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**