UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>XAVIER ARAU, HENRY JONES, CASSIUS MILLER, ELIJAH PERKINS, JAMIE WILKINS, DAIVON MORGAN, ROBERTO ESPINOSA, AMIER WILSON, DAVION TRUSTY, and JUAN REYES<br><br>Defendants. | 1:21-cr-00570-MKV<br><br>**ADJOURNMENT ORDER** |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/11/2024

MARY KAY VYSKOCIL, United States District Judge:

IT IS HEREBY ORDERED that the sentencing of Defendant Daivon Morgan, previously scheduled for June 27, 2024 at 2:00 PM, is ADJOURNED to July 30, 2024 at 11:00 AM.

**SO ORDERED.**

**Date:** April 11, 2024
New York, NY

_____
**MARY KAY VYSKOCIL**
**United States District Judge**