UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

DAIVON MORGAN

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/20/24

1:21-cr-00570-MKV

**ADJOURNMENT ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    IT IS HEREBY ORDERED that the sentencing of Defendant Daivon Morgan, previously scheduled for October 8, 2024 at 2:00 PM, is ADJOURNED to October 24, 2024 at 11:00 AM. The Clerk of Court respectfully is requested to terminate the letter motion pending at ECF No. 333.

**SO ORDERED.**

Date:  September 20, 2024
       New York, NY

_____
**MARY KAY VYSKOCIL**
**United States District Judge**