USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/23/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -against- | 1:21-cr-00570-MKV-6 |
| DAIVON MORGAN | **ADJOURNMENT ORDER** |
| Defendants. | |

MARY KAY VYSKOCIL, United States District Judge:

IT IS HEREBY ORDERED that the sentencing of Defendant Daivon Morgan, previously scheduled for October 24, 2024 at 11:00 AM, is adjourned to October 31, 2024 at 11:00 AM. Any request for an adjournment shall be made by letter filed on ECF and must be received at least 48 hours before the deadline.

**SO ORDERED.**

**Date: October 23, 2024**
**New York, NY**

_Mary Kay Vyskocil_
**MARY KAY VYSKOCIL**
**United States District Judge**