```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/28/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

DAIVON MORGAN

Defendants.

1:21-cr-00570-MKV-6

**ADJOURNMENT ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    IT IS HEREBY ORDERED that the sentencing of Defendant Daivon Morgan, previously scheduled for October 31, 2024 at 11:00 AM, is adjourned to November 21, 2024 at 2:00 PM. Any request for further adjournment shall be made by letter filed on ECF and must be received at least 48 hours before the deadline.

**SO ORDERED.**

**Date: October 28, 2024**
**New York, NY**

_Mary Kay Vyskocil_
**MARY KAY VYSKOCIL**
**United States District Judge**