```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  11/14/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-    1:21-cr-00570-MKV-6

DAIVON MORGAN    **ADJOURNMENT ORDER**

Defendants.

MARY KAY VYSKOCIL, United States District Judge:

IT IS HEREBY ORDERED that the sentencing of Defendant Daivon Morgan, previously scheduled for November 21, 2024 at 2:00 PM is adjourned to December 4, 2024 at 2:00 PM. Any request for further adjournment shall be made by letter filed on ECF and must be received at least 48 hours before the deadline.

**SO ORDERED.**

**Date: November 14, 2024**
**New York, NY**

*(signature)*
**MARY KAY VYSKOCIL**
**United States District Judge**